JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE E. QUIROGA,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | Case No. 5:20-cv-01169-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: August 3, 2021

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE